UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUL 0 8 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.   3:25-CR-39 |
| JEFFREY SNOW, | Violations:   18 U.S.C. § 641 |
| Defendant. | |

# INFORMATION

The Acting United States Attorney charges that:

## COUNT ONE

(Receipt of Stolen Government Property)

On or between March 17, 2023, and December 25, 2024, in Jefferson County, within the Northern District of West Virginia, the defendant, **JEFFREY SNOW**, willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, an Apple iPad, with serial number D7M7JX9KH3, of a value less than $1,000.00, with intent to convert said property to his own use, **JEFFREY SNOW**, then knowing said property to have been stolen, in violation of 18 U.S.C. § 641.

## FORFEITURE ALLEGATIONS

1. Pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(C) and 1956(c)(7)(D), and Title 21, United States Code, Section 853, the government will seek forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, 641, including, but not limited to, the following property: An Apple iPad Serial number D7M7JX9KH3.

2. Pursuant to Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p).

*Kimberley D. Crockett* (for)
RANDOLPH J. BERNARD
ACTING UNITED STATES ATTORNEY

Kimberley D. Crockett,
Assistant United States Attorney

Morgan McKee,
Assistant United States Attorney